**CT Corporation**

**Service of Process Transmittal**
01/27/2015
CT Log Number 526465026

**TO:** Fran Kirley, Director
Nexion Health, Inc.
6937 Warfield Ave
Sykesville, MD 21784-7454

**RE:** **Process Served in Louisiana**

**FOR:** Nexion Health at Lafayette, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Leora Lewis and Phoebe J. Lewis, individually and On Behalf Of The Estate of Wilbert Jones, Jr., Pltfs. vs. Nexion Health at Lafayette, LLC, etc., and The Louisiana Patient's Compensation Fund, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition(s), Verification(s) |
| **COURT/AGENCY:** | 15th Judicial District Court, Parish of Lafayette, LA
Case # C20145810K |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - 04/01/2012 - Lafayette Health Care Center |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/27/2015 at 08:55 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | John W. Milton
201 East Willow Street
Lafayette, LA 70509
337-232-8054 |
| **REMARKS:** | Documents were taken on behalf of Nexion Health at Lafayette, Inc. due to the entity converting in its domestic state. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 772734206834 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / BB


DEFENDANT'S EXHIBIT A

D37223468
cc_hmdecou

Ordered by Atty.: JOHN W. MILTON

# CITATION

LEORA LEWIS, ET AL                     FIFTEENTH JUDICIAL DISTRICT COURT

VS                                      DOCKET NUMBER: C-20145810 K

NEXION HEALTH AT LAFAYETTE LLC,         PARISH OF LAFAYETTE, LOUISIANA
ET AL

STATE OF LOUISIANA

TO:  NEXION HEALTH AT LAFAYETTE, LLC
     D/B/A LAFAYETTE HEALTH CARE CENTER
     THROUGH IT'S REGISTERED AGENT:
     C T CORPORATION SYSTEM
     5615 CORPORATE BLVD., STE. 400B
     BATON ROUGE, LA 70808

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this JANUARY 20, 2015.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
CC: FAXED AND ORIGINAL PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE       MOVED ( )       NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

11/17/2014  04:22PM  3372328188                JOHN MILTON                           PAGE 02/04



| | |
|---|---|
| LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate of WILBERT JONES, JR. | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | LAFAYETTE PARISH DIV. "K" |
| NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER and THE LOUISIANA PATIENT'S COMPENSATION FUND | STATE OF LOUISIANA DOCKET NO. 2014 5810 K |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate Of WILBERT JONES, JR., persons of the full age of majority and residents of Lafayette Parish, State of Louisiana, who for their Petition for Damages respectfully represent:

1.

Made defendants herein are NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER, upon information and belief, a Louisiana Healthcare Provider authorized to do and doing business in the State of Louisiana, and THE LOUISIANA PATIENT'S COMPENSATION FUND, upon information and belief, a quasi, governmental entity of the State of Louisiana. Each of said defendants are indebted to your petitioners, with legal interest from judicial demand until finally paid and for all costs from the following:

2.

WILBERT JONES, JR. was placed in the care of LAFAYETTE HEALTH CARE CENTER for treatment pursuant to doctor's orders contained within the medical records of Mr. Jones to be produced at trial.

3.

On or around April 1, 2012, WILBERT JONES, JR., while a patient at NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER, suffered a fractured femur and displayed substantial medical neglect by LAFAYETTE HEALTH CARE CENTER. This neglect resulted in severe, life-threatening conditions to include bedsores, dehydration and other conditions to be established by medical evidence at trial.

4.

As a result of substandard medical care, WILBERT JONES, JR. suffered substantial pain and suffering, loss of enjoyment of life, and eventually an early death.

11/17/2014 04:22PM 3372328188   JOHN MILTON   PAGE 03/04

5.

NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER participated in THE LOUISIANA PATIENT'S COMPENSATION FUND and a medical review panel was established to consider the allegations of malpractice. The panel has rendered its opinion and petitioners bring this action in connection with those claims.

6.

Petitioners further alleges that res ipsa loquitor is applicable.

7.

Additionally, it is alleged that the conditions suffered by WILBERT JONES, JR. were a result of numerous deficiencies whereby NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER did not follow Louisiana Department of Health and Hospital regulations which were in place to ensure the well being of patients such as Mr. Jones.

8.

Mr. Jones died as a result of the malpractice of defendant and plaintiffs, LEORA LEWIS, who is his mother, and PHOEBE J. LEWIS, who is his sister, bring claims of wrongful death and survival.

WHEREFORE Petitioners pray that the Defendants be served with citation herein and after due hearings, there be judgment in their favor and against the Defendants for all just and equitable relief to include damages for past, present and future pain and suffering, loss of enjoyment of life, medical expenses, costs, wrongful death, and attorney fees.

Respectfully submitted:

JOHN W. MILTON, Bar Roll # 19066
Attorney at Law
201 East Willow Street (70501)
P. O. Box 91362
Lafayette, Louisiana 70509
Tel: (337) 232-8054; Fax: (337) 232-8180
E-Mail: milton1jw@att.net

PLEASE WITHHOLD SERVICE

FAX FILED THIS 17 DAY OF Nov , 20 14
Brittany Rubin
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. 1-20-15
Dy. CLERK OF COURT

11/17/2014 04:22PM 3372329188     JOHN MILTON     PAGE 04/04

36497048

| | |
|---|---|
| LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate of WILBERT JONES, JR. | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | LAFAYETTE PARISH |
| NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER and THE LOUISIANA PATIENT'S COMPENSATION FUND | STATE OF LOUISIANA DOCKET NO. 2014 5810 K |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF LAFAYETTE

## VERIFICATION

BEFORE ME, the undersigned authority, duly commissioned, qualified, and sworn in and for the State and Parish aforesaid,

PERSONALLY CAME AND APPEARED:

### PHOEBE J. LEWIS

who after first being duly sworn, did depose and state that all of the allegations on the foregoing Petition are true and correct to the best of her knowledge and belief.

Done and passed at Lafayette, Louisiana, this 17th day of November, 2014, in the presence of competent witnesses, who sign with appearer and me, officer, after due reading of the whole.

WITNESSES:

_____     _____
CRYSTAL MILTON                         PHOEBE J. LEWIS

_____
JOHN BROUSSARD

_____
JOHN W. MILTON, Bar Roll # 19066

FAX FILED THIS 17
DAY OF Nov , 20 14
Brittany Robin
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA 1-20-15
_____
DY. CLERK OF COURT

|  |  |
|---|---|
| LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate of WILBERT JONES, JR. | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | LAFAYETTE PARISH |
| NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER and THE LOUISIANA PATIENT'S COMPENSATION FUND | STATE OF LOUISIANA DOCKET NO. 2014 5810 K |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate Of WILBERT JONES, JR., persons of the full age of majority and residents of Lafayette Parish, State of Louisiana, who for their Petition for Damages respectfully represent:

1.

Made defendants herein are NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER, upon information and belief, a Louisiana Healthcare Provider authorized to do and doing business in the State of Louisiana, and THE LOUISIANA PATIENT'S COMPENSATION FUND, upon information and belief, a quasi, governmental entity of the State of Louisiana. Each of said defendants are indebted to your petitioners, with legal interest from judicial demand until finally paid and for all costs from the following:

2.

WILBERT JONES, JR. was placed in the care of LAFAYETTE HEALTH CARE CENTER for treatment pursuant to doctor's orders contained within the medical records of Mr. Jones to be produced at trial.

3.

On or around April 1, 2012, WILBERT JONES, JR., while a patient at NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER, suffered a fractured femur and displayed substantial medical neglect by LAFAYETTE HEALTH CARE CENTER. This neglect resulted in severe, life-threatening conditions to include bedsores, dehydration and other conditions to be established by medical evidence at trial.

4.

As a result of substandard medical care, WILBERT JONES, JR. suffered substantial pain and suffering, loss of enjoyment of life, and eventually an early death.

STAMPED COPY GIVEN

5.

NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER participated in THE LOUISIANA PATIENT'S COMPENSATION FUND and a medical review panel was established to consider the allegations of malpractice. The panel has rendered its opinion and petitioners bring this action in connection with those claims.

6.

Petitioners further alleges that res ipsa loquitor is applicable.

7.

Additionally, it is alleged that the conditions suffered by WILBERT JONES, JR. were a result of numerous deficiencies whereby NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER did not follow Louisiana Department of Health and Hospital regulations which were in place to ensure the well being of patients such as Mr. Jones.

8.

Mr. Jones died as a result of the malpractice of defendant and plaintiffs, LEORA LEWIS, who is his mother, and PHOEBE L. LEWIS, who is his sister, bring claims of wrongful death and survival.

WHEREFORE Petitioners pray that the Defendants be served with citation herein and after due hearings, there be judgment in their favor and against the Defendants for all just and equitable relief to include damages for past, present and future pain and suffering, loss of enjoyment of life, medical expenses, costs, wrongful death, and attorney fees.

Respectfully submitted:

JOHN W. MILTON, Bar Roll # 19066
Attorney at Law
201 East Willow Street (70501)
P. O. Box 91362
Lafayette, Louisiana 70509
Tel: (337) 232-8054; Fax: (337) 232-8180
E-Mail: miltonljw@att.net

PLEASE WITHHOLD SERVICE

FILED THIS 18
DAY OF Nov , 2014
Brittany Rebin
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. 1-20-15
DY. CLERK OF COURT

| | |
|---|---|
| LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate of WILBERT JONES, JR. | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | LAFAYETTE PARISH |
| NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER and THE LOUISIANA PATIENT'S COMPENSATION FUND | STATE OF LOUISIANA DOCKET NO. 2014 5810 K |

STATE OF LOUISIANA

PARISH OF LAFAYETTE

## VERIFICATION

BEFORE ME, the undersigned authority, duly commissioned, qualified, and sworn in and for the State and Parish aforesaid,

PERSONALLY CAME AND APPEARED:

### PHOEBE J. LEWIS

who after first being duly sworn, did depose and state that all of the allegations on the foregoing Petition are true and correct to the best of her knowledge and belief.

Done and passed at Lafayette, Louisiana, this 17th day of November, 2014, in the presence of competent witnesses, who sign with appearer and me, officer, after due reading of the whole.

WITNESSES:

_____
CRYSTAL MILTON

_____
PHOEBE J. LEWIS

_____
JOHN BROUSSARD

_____
JOHN W. MILTON, Bar Roll # 19066

FILED THIS 18 DAY OF Nov, 2014
Brittany Robin
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. 1-20-15
_____
DY. CLERK OF COURT