**CT Corporation**

**Service of Process Transmittal**
01/27/2015
CT Log Number 526465026

**TO:** Fran Kirley, Director
Nexion Health, Inc.
6937 Warfield Ave
Sykesville, MD 21784-7454

**RE:** **Process Served in Louisiana**

**FOR:** Nexion Health at Lafayette, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Leora Lewis and Phoebe J. Lewis, Individually and On Behalf Of The Estate of Wilbert Jones, Jr., Pltfs. vs. Nexion Health at Lafayette, LLC, etc., and The Louisiana Patient's Compensation Fund, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition(s), Verification(s) |
| **COURT/AGENCY:** | 15th Judicial District Court, Parish of Lafayette, LA<br>Case # C20145810K |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - 04/01/2012 - Lafayette Health Care Center |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/27/2015 at 08:55 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | John W. Milton<br>201 East Willow Street<br>Lafayette, LA 70509<br>337-232-8054 |
| **REMARKS:** | Documents were taken on behalf of Nexion Health at Lafayette, Inc. due to the entity converting in its domestic state. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed-Ex 2 Day , 772734206834 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of  1 / BB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**DEFENDANT'S EXHIBIT**

_A_

```
D37223468
cc_hmdecou
```

Ordered by Atty.:  JOHN W. MILTON

# CITATION

LEORA  LEWIS, ET AL

VS

NEXION HEALTH AT LAFAYETTE LLC,
ET AL

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20145810 K

PARISH OF LAFAYETTE, LOUISIANA

---

STATE OF LOUISIANA

TO:   NEXION HEALTH AT LAFAYETTE, LLC
      D/B/A LAFAYETTE HEALTH CARE CENTER
      THROUGH IT'S REGISTERED AGENT:
      C T CORPORATION SYSTEM
      5615 CORPORATE BLVD., STE. 400B
      BATON ROUGE, LA 70808

of the Parish of E. BATON ROUGE

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        Witness the Honorable Judges of said Court, this JANUARY 20, 2015.

                                                    _____
                                                    Deputy Clerk of Court
                                                    Lafayette Parish

*Attached are the following documents:
CC: FAXED AND ORIGINAL PETITION FOR DAMAGES

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE         MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   (   )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

11/17/2014  04:22PM  3372328100          JOHN MILTON                    PAGE  02/04



30497056

LEORA LEWIS and PHOEBE J. LEWIS,          15TH JUDICIAL DISTRICT COURT
Individually and On Behalf Of The Estate of
WILBERT JONES, JR.

VERSUS                                    LAFAYETTE PARISH DIV. "K"

NEXION HEALTH AT LAFAYETTE, LLC d/b/a
LAFAYETTE HEALTH CARE CENTER              STATE OF LOUISIANA
and THE LOUISIANA
PATIENT'S COMPENSATION FUND               DOCKET NO. 2014 5810 K
**********************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes LEORA LEWIS and PHOEBE J.

LEWIS, Individually and On Behalf Of The Estate Of WILBERT JONES, JR., persons of the full

age of majority and residents of Lafayette Parish, State of Louisiana, who for their Petition for Damages

respectfully represent:

1.

Made defendants herein are NEXION HEALTH AT LAFAYETTE, LLC d/b/a

LAFAYETTE HEALTH CARE CENTER, upon information and belief, a Louisiana Healthcare

Provider authorized to do and doing business in the State of Louisiana, and THE LOUISIANA

PATIENT'S COMPENSATION FUND, upon information and belief, a quasi, governmental entity of

the State of Louisiana. Each of said defendants are indebted to your petitioners, with legal interest from

judicial demand until finally paid and for all costs from the following:

2.

WILBERT JONES, JR. was placed in the care of LAFAYETTE HEALTH CARE CENTER

for treatment pursuant to doctor's orders contained within the medical records of Mr. Jones to be

produced at trial.

3.

On or around April 1, 2012, WILBERT JONES, JR., while a patient at NEXION HEALTH

AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER, suffered a fractured

femur and displayed substantial medical neglect by LAFAYETTE HEALTH CARE CENTER. This

neglect resulted in severe, life-threatening conditions to include bedsores, dehydration and other

conditions to be established by medical evidence at trial.

4.

As a result of substandard medical care, WILBERT JONES, JR. suffered substantial pain and

suffering, loss of enjoyment of life, and eventually an early death.

11/17/2014  04:22PM  3372320100          JOHN MILTON                    PAGE  03/04

5.

NEXION HEALTH AT LAFAYETTE,LLC d/b/a LAFAYETTE HEALTH CARE

CENTER participated in THE LOUISIANA PATIENT'S COMPENSATION FUND and a medical

review panel was established to consider the allegations of malpractice.  The panel has rendered its

opinion and petitioners bring this action in connection with those claims.

6.

Petitioners further alleges that res ipsa loquitor is applicable.

7.

Additionally, it is alleged that the conditions suffered by WILBERT JONES, JR. were a result of

numerous deficiencies whereby NEXION HEALTH AT LAFAYETTE,LLC d/b/a LAFAYETTE

HEALTH CARE CENTER did not follow Louisiana Department of Health and Hospital regulations

which were in place to ensure the well being of patients such as Mr. Jones.

8.

Mr. Jones died as a result of the malpractice of defendant and plaintiffs, LEORA LEWIS, who

is his mother, and PHOEBE J. LEWIS, who is his sister, bring claims of wrongful death and survival.

WHEREFORE Petitioners pray that the Defendants be served with citation herein and after due

hearings, there be judgment in their favor and against the Defendants for all just and equitable relief to

include damages for past, present and future pain and suffering, loss of enjoyment of life, medical

expenses, costs, wrongful death, and attorney fees.

Respectfully submitted:

JOHN W. MILTON, Bar Roll # 19066
Attorney at Law
201 East Willow Street (70501)
P. O. Box 91362
Lafayette, Louisiana 70509
Tel: (337) 232-8054; Fax: (337) 232-8180
E-Mail: milton1jw@att.net

PLEASE WITHHOLD SERVICE

FAX FILED THIS 17
DAY OF Nov ,20 14
Brittany Robin
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. 1-20-15
DY. CLERK OF COURT

11/17/2014  04:22PM  3372329180                JOHN MILTON                        PAGE  04/04

| | |
|---|---|
| LEORA LEWIS and PHOEBE J. LEWIS, Individually and On Behalf Of The Estate of WILBERT JONES, JR. | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | LAFAYETTE PARISH |
| NEXION HEALTH AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER and THE LOUISIANA PATIENT'S COMPENSATION FUND | STATE OF LOUISIANA |
| | DOCKET NO. 2014 5810 K |

**********************************************************************

STATE OF LOUISIANA

PARISH OF LAFAYETTE

## VERIFICATION

BEFORE ME, the undersigned authority, duly commissioned, qualified, and sworn in and for

the State and Parish aforesaid,

PERSONALLY CAME AND APPEARED:

**PHOEBE J. LEWIS**

who after first being duly sworn, did depose and state that all of the allegations on the foregoing Petition

are true and correct to the best of her knowledge and belief.

Done and passed at Lafayette, Louisiana, this 17th day of November, 2014, in the presence of

competent witnesses, who sign with appearer and me, officer, after due reading of the whole.

WITNESSES:

CRYSTAL MILTON                                      PHOEBE J. LEWIS

JOHN BROUSSARD

JOHN W. MILTON, Bar Roll # 19066

FAX FILED THIS  17

DAY OF  Nov  , 20 14

Brittany Robin

A TRUE COPY ATTEST

Lafayette, LA,  1-20-15

DY. CLERK OF COURT

LEORA LEWIS and PHOEBE J. LEWIS,          15TH JUDICIAL DISTRICT COURT
Individually and On Behalf Of The Estate of
WILBERT JONES, JR.

VERSUS                                    LAFAYETTE PARISH

NEXION HEALTH AT LAFAYETTE, LLC d/b/a
LAFAYETTE HEALTH CARE CENTER
and THE LOUISIANA                         STATE OF LOUISIANA
PATIENT'S COMPENSATION FUND               DOCKET NO. 2014  5810  K
*****************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes LEORA LEWIS and PHOEBE J.

LEWIS, Individually and On Behalf Of The Estate Of WILBERT JONES, JR., persons of the full

age of majority and residents of Lafayette Parish, State of Louisiana, who for their Petition for Damages

respectfully represent:

1.

Made defendants herein are NEXION HEALTH AT LAFAYETTE, LLC d/b/a

LAFAYETTE HEALTH CARE CENTER, upon information and belief, a Louisiana Healthcare

Provider authorized to do and doing business in the State of Louisiana, and THE LOUISIANA

PATIENT'S COMPENSATION FUND, upon information and belief, a quasi, governmental entity of

the State of Louisiana.  Each of said defendants are indebted to your petitioners, with legal interest from

judicial demand until finally paid and for all costs from the following:

2.

WILBERT JONES, JR. was placed in the care of LAFAYETTE HEALTH CARE CENTER

for treatment pursuant to doctor's orders contained within the medical records of Mr. Jones to be

produced at trial.

3.

On or around April 1, 2012, WILBERT JONES, JR., while a patient at NEXION HEALTH

AT LAFAYETTE, LLC d/b/a LAFAYETTE HEALTH CARE CENTER, suffered a fractured

femur and displayed substantial medical neglect by LAFAYETTE HEALTH CARE CENTER.  This

neglect resulted in severe, life-threatening conditions to include bedsores, dehydration and other

conditions to be established by medical evidence at trial.

4.

As a result of substandard medical care, WILBERT JONES, JR. suffered substantial pain and

suffering, loss of enjoyment of life, and eventually an early death.

STAMPED COPY GIVEN

5.

NEXION HEALTH AT LAFAYETTE,LLC d/b/a LAFAYETTE HEALTH CARE CENTER participated in THE LOUISIANA PATIENT'S COMPENSATION FUND and a medical review panel was established to consider the allegations of malpractice. The panel has rendered its opinion and petitioners bring this action in connection with those claims.

6.

Petitioners further alleges that res ipsa loquitor is applicable.

7.

Additionally, it is alleged that the conditions suffered by WILBERT JONES, JR. were a result of numerous deficiencies whereby NEXION HEALTH AT LAFAYETTE,LLC d/b/a LAFAYETTE HEALTH CARE CENTER did not follow Louisiana Department of Health and Hospital regulations which were in place to ensure the well being of patients such as Mr. Jones.

8.

Mr. Jones died as a result of the malpractice of defendant and plaintiffs, LEORA LEWIS, who is his mother, and PHOEBE J. LEWIS, who is his sister, bring claims of wrongful death and survival.

WHEREFORE Petitioners pray that the Defendants be served with citation herein and after due hearings, there be judgment in their favor and against the Defendants for all just and equitable relief to include damages for past, present and future pain and suffering, loss of enjoyment of life, medical expenses, costs, wrongful death, and attorney fees.

Respectfully submitted:

JOHN W. MILTON, Bar Roll # 19066
Attorney at Law
201 East Willow Street (70501)
P. O. Box 91362
Lafayette, Louisiana 70509
Tel: (337) 232-8054; Fax: (337) 232-8180
E-Mail: milton1jw@att.net

PLEASE WITHHOLD SERVICE

FILED THIS _18_
DAY OF _Nov_ , 20_14_
_Brittany Rebin_
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. _1-20-15_
DY. CLERK OF COURT

LEORA LEWIS and PHOEBE J. LEWIS,
Individually and On Behalf Of The Estate of
WILBERT JONES, JR.

15TH JUDICIAL DISTRICT COURT

VERSUS

LAFAYETTE PARISH

NEXION HEALTH AT LAFAYETTE, LLC d/b/a
LAFAYETTE HEALTH CARE CENTER
and THE LOUISIANA
PATIENT'S COMPENSATION FUND

STATE OF LOUISIANA

DOCKET NO. 2014 5810 K

*****************************************************

STATE OF LOUISIANA

PARISH OF LAFAYETTE

## VERIFICATION

**BEFORE ME**, the undersigned authority, duly commissioned, qualified, and sworn in and for the State and Parish aforesaid,

### PERSONALLY CAME AND APPEARED:

#### PHOEBE J. LEWIS

who after first being duly sworn, did depose and state that all of the allegations on the foregoing Petition are true and correct to the best of her knowledge and belief.

Done and passed at Lafayette, Louisiana, this 17th day of November, 2014, in the presence of competent witnesses, who sign with appearer and me, officer, after due reading of the whole.

WITNESSES:

_____

CRYSTAL MILTON

_____
PHOEBE J. LEWIS

_____

JOHN BROUSSARD

_____

JOHN W. MILTON, Bar Roll # 19066

FILED THIS ___18___

DAY OF ___Nov___, 20_14_

___Brittany Rebin___
Deputy Clerk of Court

A TRUE COPY ATTEST

Lafayette, LA. 1-20-15

_____
DY. CLERK OF COURT