**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**LEORA LEWIS, ET AL.**                    **CIVIL ACTION NO.   6:15CV444**

**VERSUS**                                 **JUDGE HAIK**

**NEXION HEALTH AT LAFAYETTE,**            **MAGISTRATE JUDGE WHITEHURST**
**INC., ET AL.**

**O R D E R**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss under **LR 41.3** for the reason that service of the summons and complaint was not made within 120 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.

Accordingly,

**IT IS ORDERED that this action be dismissed as to Louisiana Patient's Compensation Fund.** This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE, December 7, 2015.

**FOR THE CLERK, TONY R. MOORE**

PAMELA P.  MITCHELL
STAFF ATTORNEY