UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LEORA LEWIS, ET AL.** | **CIVIL ACTION NO.   6:15CV444** |
| **VERSUS** | **JUDGE HICKS** |
| **NEXION HEALTH AT LAFAYETTE, INC., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## O R D E R

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss under **LR 41.3** for the reason that no responsive pleadings have been filed or default entered within 60 days after service of the summons and complaint.

Accordingly,

**IT IS ORDERED that this action be dismissed as to Nexion Health at Lafayette, Inc.**

This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE, January 29, 2016.

FOR THE CLERK, TONY R. MOORE

_____
PAMELA P. MITCHELL
STAFF ATTORNEY